UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DAVID HUGHES, *individually and on behalf of* )
*all other similarly situated*, )
    Plaintiff, )
                                     )     1:11-cv-1329-JMS-MJD
*vs*. )
                                     )
KORE OF INDIANA ENTERPRISE, INC., *et al.*, )
    Defendants. )

## MINUTE ENTRY

The Court held a telephonic conference on May 21, 2013. [Dkt. 113.] The parties informed the Court that notice has not been served on the class members. Accordingly, the Court **VACATES** the final pretrial conference set for May 24, 2013, and all corresponding deadlines, as well as the trial set for June 24, 2013. The parties are **ORDERED** to file a joint report by **May 30, 2013** detailing the following:

- The proposed notice to be given to the parties, including the wording of that notice, the method of notice, and the time period class members will have to opt out of the class. The proposed notice should direct any class members who opt out to send their notice to counsel, not the Court, and counsel will be responsible for filing the opt-outs on CM/ECF once the period has closed.

- The parties agreement that the only issue to be tried to the jury is one of liability.

- Proposed dates to reschedule the trial.

- The precise terms of the parties' stipulation on the limit of liability.

The Court will reschedule the final pretrial conference and trial after evaluating the parties' report.

05/21/2013

*[signature: Jane Magnus-Stinson]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Eric G. Calhoun
TRAVIS, CALHOUN & CONLON PC
eric@travislaw.com

Ryan R. Frasher
RYAN FRASHER P.C.
rfrasher@frasherlaw.com

Kevin G. Kerr
HOEPPNER, WAGNER & EVANS LLP--Merrillville
kkerr@hwelaw.com

Thomas Edward Rosta
METZGER ROSTA LLP
Tom@metzgerrosta.com

Michael Eugene Tolbert
HOEPPNER, WAGNER & EVANS LLP--Merrillville
mtolbert@hwelaw.com